UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BANK OF AMERICA AIG DISCLOSURE SECURITIES LITIGATION | Civil Action No. 11-cv-6678 (JGK)<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>NOTICE OF APPEAL |

Notice is hereby given that Lead Plaintiff Camcorp Interests Limited ("Camcorp") and additional named plaintiffs Alaska Electrical Pension Fund ("Alaska Electrical") and Northern Ireland Local Government Officers' Superannuation Committee ("NILGOSC") in the above-named case hereby appeal to the United States Court of Appeals for the Second Circuit from the Order granting Defendants Bank of America Corporation, Brian T. Moynihan, Charles H. Noski, Neil A. Cotty and Bruce R. Thompson's Motion to Dismiss Plaintiff's Second Amended Complaint (Docket No. 88) entered in this action on November 4, 2013 and the Final Judgment (Docket No. 89) entered in this action on November 7, 2013.

DATED:  November 20, 2013                HAGENS BERMAN SOBOL SHAPIRO LLP


By          */s/ Steve W. Berman*
        Steve W. Berman (*Pro Hac Vice*)
Erin K. Flory
Karl P. Barth
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
erin@hbsslaw.com
karlb@hbsslaw.com

Jason A. Zweig, JZ-9107
HAGENS BERMAN SOBOL SHAPIRO LLP
555 Fifth Avenue, Suite 1700
New York, NY 10017-2416
Telephone: (212) 752-5455
Facsimile: (917) 210-3980
jasonz@hbsslaw.com

- 1 -

Reed R. Kathrein
Peter E. Borkon
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

*Counsel for Lead Plaintiff Camcorp Interests Limited*

Robert M. Roseman
Andrew D. Abramowitz
Daniel J. Mirachi
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone:  (215) 496-0300
Facsimile:   (215) 496-6611
rroseman@srkw-law.com

Samuel H. Rudman
David A. Rosenfeld
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

*Additional Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2013, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Steve W. Berman*
                Steve W. Berman

# Mailing Information for a Case 1:11-cv-06678-JGK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Andrew D. Abramowitz**
  aabramowitz@srkw-law.com

- **Karl P. Barth**
  karlb@hbsslaw.com

- **Steve W. Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com,carrie@hbsslaw.com

- **Victoria Louise Boesch**
  Victoria.Boesch@mto.com

- **Jeffrey Rourke Burke**
  jburke@winston.com,docketny@winston.com

- **Luke A. Connelly**
  lconnelly@winston.com,docketny@winston.com

- **Marc T.G. Dworsky**
  marc.dworsky@mto.com,kathleen.mcdowell@mto.com,yvonne.franklin@mto.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **George M. Garvey**
  george.garvey@mto.com

- **William John Geddish**
  wgeddish@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Christopher Marisak Lynch**
  christopher.lynch@mto.com

- **Newman Antoin Nahas**
  newman.nahas@mto.com

- **Robert Mark Roseman**
  rroseman@srkw-law.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jason Allen Zweig**
  jasonz@hbsslaw.com,peterb@hbsslaw.com,reed@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Reed R. Kathrein
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue
Suite 202
Berkeley, CA 94710
```